# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:10-CR-136-RCJ (RAM) |
| v. ) | |
| ) | |
| GARY LYNN WALKER, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On July 15, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant GARY LYNN WALKER to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant GARY LYNN WALKER pled guilty. Docket #1, #27, #30.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 20, 2011 through August 18, 2011, further notifying all known third parties of their right to petition the Court. #31.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1   This Court finds no petitions are pending with regard to the assets named herein and the time
2   for presenting such petitions has expired.

3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6   32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
7   853(n)(7) and shall be disposed of according to law:

8   1.   Compaq Presario Computer, Serial Number 2H02DCT672TJ;
9   2.   Dell Dimension Computer, Service Tag 6D8YX51; and
10  3.   any book, magazine, periodical, film, videotape, or other matter which
11       contains any such visual depiction, which was produced, transported, mailed,
12       shipped, or received in violation of Title 18, United States Code, Section
13       2252A(a)(5)(B) ("property").

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
15  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
16  as any income derived as a result of the United States of America's management of any property
17  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
18  according to law.

19  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
20  certified copies to the United States Attorney's Office.

21  DATED this 11th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE